Christopher P. Canova, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff-Appellee

Antoinette Theresa Knowles, Pro Se

Before ED CARNES, Chief Judge, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Patricia Jean Kyle, appointed counsel for Antoinette Theresa Knowles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Knowles's convictions and sentences are **AFFIRMED**.

R. Brian Tanner, U.S. Attorney Service—Southern District of Georgia, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Homer Berryhill, Pro Se

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Marvin Paul Hicks, III, appointed counsel for Homer Berryhill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Berryhill's convictions and sentences are **AFFIRMED**. Accordingly, we **DENY** all remaining motions as moot.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Homer BERRYHILL, Defendant-Appellant.**

**No. 17-12496**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(February 1, 2018)

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tracy L. COLLIER, Defendant–Appellant.**

**No. 17-11227**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(February 1, 2018)